## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jean Ritter, | ) | |
| Dennis Webster, | ) | |
| Robert Jastrzab, | ) | |
| Randy Feldman, | ) | |
| Susan Sheuerman, | ) | |
| Chris Moen, | ) | |
| Paul F. Banta, | ) | |
| and | ) | |
| James Herrick, | ) | |
| | ) | |
| Petitioners, | ) | Misc. Case No. 02-127 |
| | ) | |
| v. | ) | |
| | ) | |
| United States Department of Justice, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

Upon consideration of the motion of Petitioners for permission to file under seal their Supplemental Response to United States' Petition to Enforce the Civil Investigative Demands and Incorporated Reply to Opposition to Petition to Set Aside Civil Investigative Demands ("Sealed Supplemental Response"), it is hereby

ORDERED, that Petitioners' Motion for permission to file the Sealed Supplemental Response is GRANTED.

Entered this ___ day of June, 2002.

_____
Honorable Stewart Dalzell
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Jean Ritter, | ) | |
| Dennis Webster, | ) | |
| Robert Jastrzab, | ) | |
| Randy Feldman, | ) | |
| Susan Sheuerman, | ) | |
| Chris Moen, | ) | |
| Paul F. Banta, | ) | |
| and | ) | |
| James Herrick, | ) | |
| | ) | |
| Petitioners, | ) | Misc. Case No. 02-127 |
| | ) | |
| v. | ) | |
| | ) | |
| United States Department of Justice, | ) | |
| | ) | |
| Respondent. | ) | |

**PETITIONERS' MOTION TO FILE PLEADING UNDER SEAL**

Petitioners respectfully request that the Court permit them to file Under Seal the accompanying Supplemental Response to United States' Petition to Enforce Civil Investigative Demands and Incorporated Reply To Opposition To Petition To Set Aside Civil Investigative Demands ("Supplemental Response"), and in support thereof, state as follows:

1.   Petitioners are compelled to address an incorrect statement made by the United States Attorney regarding an alleged diversion of rebates to Rite-Aid Corporation ("Rite-Aid"), the former owner to PCS Health Systems, Inc. ("PCS"). *See Memorandum of Law in Support of United States' Petition to Enforce the Civil Investigative Demands and Opposition to Petition to Set Aside CIDs* ("*Enforcement Petition*") at pp. 20-21.

2.	Petitioners' response to this aspect of the Enforcement Petition involves the limited disclosure of information that the government has previously advised is confidential.  *See* Supplemental Response at p.1.

3.	Consequently, Petitioners, out of an abundance of caution, respectfully request that the Court permit them to file the accompanying Supplemental Response Under Seal.  A proposed order is attached for the Court's convenience.

WHEREFORE, Petitioners respectfully request that the Court enter an order granting their motion to file the Supplemental Response Under Seal.

>	Respectfully submitted,
>
>	_____
>	Robert A. Kauffman
>	Wayne C. Stansfield
>	REED SMITH LLP
>	2500 One Liberty Place
>	1650 Market Street
>	Philadelphia, PA 19103-7301
>	215-851-8100
>	215-851-1420  Facsimile
>
>	Eugene Tillman
>	Eric A. Dubelier
>	Anne M. Devens
>	REED SMITH LLP
>	1301 K Street, N.W.
>	Suite 1100 – East Tower
>	Washington, D.C. 20005-3317
>	202-414-9200
>	202-414-9299 Facsimile
>
>	Attorneys for Petitioners

Date:  June 17, 2002

## Certificate of Service

    I hereby certify that I caused a true copy of the foregoing Petitioners' Motion to File Pleading Under Seal to be served via hand-delivery this 17th day of June, 2002 on the following:

> James G. Sheehan
> Chief, Civil Division, United States Attorney
> Barbara Rowland
> Assistant United States Attorney
> United States Attorney's Office for the Eastern District of Pennsylvania
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA 19106

and via registered or certified mail, costs prepaid, this 17th day of June, 2002 on the following:

> John Ashcroft
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington DC  20530-0001

_____
Wayne C. Stansfield