IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN RITTER, et al. | : | MISC. ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF JUSTICE | : | NO. 02-127 |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MISC. ACTION |
| | : | |
| v. | : | |
| | : | |
| PCS HEALTH SYSTEMS, INC. | : | NO. 00-133 |

ORDER

AND NOW, this 30th day of September, 2002, these cases having been closed statistically by Order dated September 17, 2002 pending the parties' good-faith efforts to achieve a settlement out of court, it is hereby ORDERED that the following motions are DENIED AS MOOT:

1. Motion for Admission Pro Hac Vice of Robert S. Bennett, Esquire (Misc. Action 00-133; Doc. No. 15); and

2. Motion for Admission Pro Hac Vice of Mitchell S. Ettinger, Esquire (Misc. Action 00-133; Doc. No. 17).

BY THE COURT:

_____
Stewart Dalzell, J.